UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
BATON ROUGE DIVISION

BERNARD RICHARD,

    Plaintiff,

    v.                                  Civil Action No. 11-cv-00455-JJB-DLD

EQUIDATA, INC.,

    Defendant.

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff, BERNARD RICHARD ("Plaintiff"), and defendant EQUIDATA, INC. ("Equidata"), hereby jointly stipulate to the dismissal with prejudice of Plaintiff's claims against Equidata with each side to bear its own fees and costs.

Dated: September 26, 2011

RESPECTFULLY SUBMITTED,

| | |
|---|---|
| By: /s/Kellli Denies Mayon | /s/ Justin H. Homes |
| Kelli Denise Mayon | John C. Person (LSBA No. 1122) |
| 4429 Herrmann Street, Apt. D | Justin H. Homes (LSBA No. 24460) |
| Metairie, Louisiana 70006 | SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C. |
| | 3850 N. Causeway Blvd. |
| Krohn & Moss, Ltd. | Lakeway II, Suite 200 |
| Attn: Ryan Lee | Metairie, Louisiana  70002 |
| 10474 Santa Monica Blvd. Suite 401 | Telephone:   (504) 828-3700 |
| Los Angeles, CA 90025 | Facsimile:   (504) 828-3737 |
| Tel: (323) 988-2400 x 241 | Email:       jperson@sessions-law.biz |
| Fax: (866) 861-1390 |            jhomes@sessions-law.biz |
| Email: rlee@consumerlawcenter.com | |
| | Attorneys for Equidata, Inc. |
| Attorneys for Plaintiff, Bernard Richard | |

- 2 -

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 26, 2011, a true and correct copy of the foregoing Joint Stipulation of Dismissal With Prejudice was served electronically by the U.S. District Court for the Middle District of Louisiana Case Management / Electronic Case Filing System (CM/ECF) and that the document is available on the CM/ECF system.

/s/ _____

\\sfnfs02\prolawdocs\9444\9444-28055\Richard, Bernard\531319.doc